FILED

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Michael B King,

    State Bar No 197751

No CV-08-80236 MISC VRW

ORDER

_____/

    On November 24, 2008, the court issued an order to show cause (OSC) why Michael B King should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective September 18, 2006, as inactive member of the State Bar. The OSC was mailed to Mr King's address of record with the State Bar. Mr King filed no response.

    The California State Bar web site indicates that Mr King is now on active status as of December 9, 2008, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Michael B King,

_____/

Case Number: C 08-80236 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael B King
250 King Street, Apt 540
San Francisco, CA 94107

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*